UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BRUCE E. GAMBILL, JR., <br><br> Plaintiff, <br><br> v. <br><br> US BANKRUPTCY COURT WESTERN DIVISION, <br><br> Defendant. | CASE NO. C12-5608BHS <br><br> ORDER DISMISSING ACTION |

On July 13, 2012, the Court denied Plaintiff's application to proceed *in forma pauperis* and informed Plaintiff that he had until July 25, 2012, to pay the filing fee or this action would be dismissed.  Dkt. 3.  As of the date of this order no filing fee has been paid.

Therefore it is hereby **ORDERED** that this matter be **DISMISSED without prejudice**.

DATED this 31st day of July, 2012.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge

ORDER